428 A.2d 669

## Commonwealth v. Bowens, Appellant.

Submitted December 6, 1979. John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

428 A.2d 669

## Commonwealth v. Conway, Appellant.

Submitted December 6, 1979. Robert T. Gownley, Jr., Assistant Public Defender, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

The appeal is quashed.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.